IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL J. PISKANIN, | : | CIVIL NO. 1:14-CV-2370 |
| | : | |
| Petitioner | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| ATTORNEY GENERAL, U.S. AND | : | |
| U.S. ATTORNEY, MIDDLE | : | |
| DISTRICT OF PENNSYLVANIA, | : | |
| | : | |
| Respondents | : | |

## ORDER

AND NOW, this 4th day of February, 2015, upon consideration of the petition for writ of mandamus (Doc. 1), and for the reasons set forth in the court's memorandum of the same date, it is hereby ORDERED that:

1. Petitioner's motion (Doc. 5) to proceed *in forma pauperis* is construed as a motion to proceed without full prepayment of fees and costs and is GRANTED.

2. The petition for writ of mandamus is DISMISSED.

3. The Clerk of Court is directed to CLOSE this case.

/s/ Christopher C. Conner
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania